**Sam W. Sincere, appellee, v. Springfield Produce Company, appellant.**
Suit for damages for failure to accept certain barrels of apples claimed to be sold. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 17, 1923. Rehearing denied April 3, 1923.

C. F. Mortimer, John G. Friedmeyer and Oscar J. Putting, for appellant. Lawrence T. Allen and Sampson & Griffin, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**Cora Williams, appellee, v. Louis Manning, appellant.**
Suit for damages for injuries sustained by being struck with automobile. Judgment for plaintiff. Appeal from the Circuit Court of Shelby county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed January 17, 1923.

Chew & Baker, R. L. Jarnagin and Bryan H. Tivnen, for appellant. Whitaker, Ward & Pugh, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

**Bruning Lumber Company, Inc., defendant in error, v. John Magnuson, plaintiff in error.**
Suit to foreclose mechanic's lien to recover value of lumber. Decree for complainant. Error to the Circuit Court of Mason county; the Hon. Guy R. Williams, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 17, 1923. Rehearing denied April 3, 1923.

Arthur Keithley, for plaintiff in error. Nortrup, Nortrup & Hayes, for defendant in error.

Mr. Justice Shurtleff delivered the opinion of the court.

---

**W. D. Cook, appellant, v. Theodore Clark, appellee.**
Complaint against actual and permissive waste by owner of fee against a defendant holding as homestead and dower. Decree in favor of appellee dismissing bill for want of equity. Appeal from the Circuit Court of Pike county; the Hon. Fred G. Wolfe, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 17, 1923.

L. T. Graham and William and Barry Mumford, for appellant. Williams & Williams, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.